# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

| | |
|---|---|
| Greg Leeb, | : |
| | : |
| | : Civil Action No.: 2:17-cv-00369-TLS |
| Plaintiff, | : |
| v. | : |
| | : |
| MidAmerica Bank & Trust Company; and DOES 1-10, inclusive, | : |
| | : |
| Defendants. | : |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed in its entirety with prejudice and without costs to any party.

| Greg Leeb | MidAmerica Bank & Trust Company |
|---|---|
| /s/ Amy L. Cueller | /s/ Jennifer Kalas |
| Amy L. Cueller, #15052-49 | Jennifer Kalas, #17396-64 |
| LEMBERG LAW | Hinshaw & Culbertson LLP |
| 43 Danbury Road, 3rd Floor | 322 Indianapolis Blvd., Suite 201 |
| Wilton, CT 06897 | Schererville, IN 46375 |
| (203) 653-2250 | (219) 864-5051 |
| Attorney for Plaintiff | Attorney for Defendant |

SO ORDERED

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 8, 2019, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court Northern District of Indiana Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                        By /s/ Amy L. Cueller
                                              Amy L. Cueller